**IN THE UNITED STATS DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARLA HOOVER<br>5641 Westlake Dr.<br>Galloway, Ohio 43119 | : | |
| | : | Case No.: |
| And | : | JUDGE |
| EMILY HAUDENSCHIELD<br>604 Meadows Dr.<br>Marysville, Ohio 43040 | : | MAGISTRATE JUDGE |
| | : | |
| And | : | |
| BRITTANY YATES<br>288 Amsterdam Ave.<br>Columbus, Ohio 43207 | : | |
| | : | |
| And | : | **JURY DEMAND**<br>**ENDORSED HEREON** |
| DANIELLE CALDERON<br>6635 Wesburg Park Ave.<br>Apt 301<br>Columbus, Ohio 43235 | : | |
| | : | |
| And | : | |
| ASHLEY GRAVES<br>3600 Spangler Rd.<br>Columbus, Ohio 43207 | : | |
| | : | |
| And | : | |
| CHELSEA PAIGE EWART<br>5822 N. Meadows Blvd.<br>Apt B<br>Columbus, Ohio 43229 | : | |
| | : | |
| Plaintiffs | : | |

-v-                                              :

STEVEN G. ROSSER, individually                   :
c/o Columbus Division of Police
120 Marconi Blvd.                                :
Columbus, Ohio 43215
                                                 :
And
                                                 :
WHITNEY LANCASTER, individually                  :
c/o Columbus Division of Police
120 Marconi Blvd.                                :
Columbus, Ohio 43215
                                                 :
And
                                                 :
John or Mary Doe 1, in his or her                :
Individual capacity
c/o Columbus Division of Police                  :
120 Marconi Blvd.
Columbus, Ohio 43215                             :

And                                              :

John or Mary Doe 2, in his or her                :
Individual capacity
c/o Columbus Division of Police                  :
120 Marconi Blvd.
Columbus, Ohio 43215                             :

Defendants.

## I.  **Preliminary Statement**

1.      The case seeks compensatory and punitive damages, costs, and attorneys' fees for

malicious prosecution, and, alternatively, abuse of process, in violation of the Fourth and

Fourteenth Amendments of the United States Constitution and/or the common law of the State of

Ohio, committed when Defendants, charged, and in some instances, arrested and thereafter

attempted to prosecute Plaintiffs without probable cause.

## II.    Jurisdiction and Venue

2.    Jurisdiction over claims brought under Civil Rights Act of 1871, 42 U.S.C. §1983, is conferred on this Court by 28 U.S. C. § 1331 (federal question; §1343 (civil rights), and jurisdiction over the state claims is conferred by 28 U.S.C. §1367 (supplemental jurisdiction).

3.    Compensatory and punitive damages are sought pursuant to 42 U.S.C. §1983; the common law of the State of Ohio; and 28 U.S.C. §2201 and §2202.

4.    Costs and attorneys' fees may be awarded pursuant to 42 U.S.C. §1988, the common law of the State of Ohio and Fed. R. Civ. P 54.

5.    Venue is proper pursuant to 28 U.S.C. §1391(b) and S.D. Ohio Civ. R. 82.1(b), because the events giving rise to this action occurred in Franklin County, Ohio, where Defendants serve as CDP Vice Unit members or in other CDP employment.

## III.    Parties

6.    Plaintiff Carla Hoover ("Ms. Hoover"), is a resident of Franklin County, Ohio, at all times material to this Complaint, worked at Kahoots Gentlemen's Club ("Kahoots") and never had been arrested, charged or convicted of a criminal offense excluding traffic violations.

7.    Plaintiff Emily Haudenschield ("Ms. Haudenschield"), is a resident of Franklin County, Ohio, at all times material to this Complaint, worked at Kahoots and never had been arrested, charged or convicted of a criminal offense excluding traffic violations.

8.    Plaintiff Brittany Yates ("Ms. Yates"), is a resident of Franklin County, Ohio, at all times material to this Complaint, worked at Kahoots and never had been arrested, charged or was convicted of a criminal offense excluding traffic violations.

9.      Plaintiff Danielle Calderon ("Ms. Calderon"), is a resident of Franklin County, Ohio, at all times material to this Complaint, worked at Kahoots and never had been arrested, charged or was convicted of a criminal offense excluding traffic violations..

10.     Plaintiff Ashley Graves ("Ms. Graves"), is a resident of Franklin County, Ohio, at all times material to this Complaint, worked at Kahoots and never had been arrested, charged or was convicted of a criminal offense excluding traffic violations..

11.     Plaintiff Chelsea Paige Ewart ("Ms. Ewart"), is a resident of Franklin County, Ohio, at all times material to this Complaint, worked at Kahoots.

12.     Defendants (collectively "Defendant Officers") Whitney Lancaster ("Defendant Lancaster"), Steven Rosser ("Defendant Rosser"), John or Mary Doe 1 ("Defendant Doe 1"), John or Mary Doe 2 ("Defendant Doe 2") are being sued in their individual capacity; and were, at all times material to this Complaint, employees of the City of Columbus, Columbus Police Department in the Vice Unit ("Vice Unit") located in Franklin County, Ohio and "persons" under 42 U.S.C. §1983 acting under color of law.

## IV.    Facts

13.     Vice Unit officers, including Defendant Officers, are intimately aware of all of the elements for the limited set of laws they are charged with enforcing.

14.     In filing criminal complaints, Defendant Officers have access to and routinely use a book containing the elements of City and State criminal offenses, including the elements associated with R.C. 2907.40(C)(2).

15.     A violation of R.C. 2907.40(C)(2) requires: (1) an employee who regularly appears nude or seminude; (2) at the sexually oriented business; (3) while they are nude or seminude; (4) to touch another employee, a patron, or allow themselves to be touched by a patron.

4

16. "Patron" is defined by Ohio Revised Code 2907.40(A)(8) is "any individual on the premises of a sexually oriented business except for any of the following:...(c) A public employee...acting within the scope of the public employee's...duties as a public employee.."

17. At all relevant times hereto, Defendants were public employees acting within the scope of their duties as a public employee.

18. At all relevant times hereto, upon information and belief, Defendants were aware, based upon communication with their superiors and the Columbus City Attorney's Office that enforcing the above-mentioned statute could not be enforced especially when using undercover officers as patrons.

19. At all relevant times hereto, upon information and belief. Defendants were told that charges could not be brought against an individual, similarly situated to Plaintiffs, when there is contact between a police officer and an employee of a club such as Kahoots.

20. In or around 2017, Defendant Rosser and Defendant Lancaster spent numerous hours at Kahoots while in their official capacity.

21. Defendant Rosser and Defendant Lancaster targeted Kahoots and selective employees including Plaintiffs' without any legal justification.

22. At all relevant times hereto, Kahoots hired Jeremy Sokol ("Mr. Sokol") as a bouncer.

23. Mr. Sokol and Defendant Rosser and/or Defendant Lancaster knew each other prior to Mr. Sokol being hired by Kahoots when Mr. Sokol worked at other clubs.

24. Mr. Sokol represented to the public, including some of the named Plaintiff, that he worked with Defendant Rosser and he could get anyone arrested or in trouble if he so desired.

25.     Mr. Sokol had employees of Kahoots he liked and employees of Kahoots he disliked.

26.     Upon information and belief, Plaintiffs were employees who Mr. Sokol did not like because said Plaintiffs would not engage in any illegal conduct nor would Plaintiffs comply with demands and requests made by Mr. Sokol.

27.     Defendants Rosser and/or Lancaster targeted Plaintiffs without probable cause or any legal justification.

28.     On or about September 8, 2017, Kahoots, by and through, its general manager, Joe Vaillancourt, fired Mr. Sokol.

29.     After Mr. Sokol was fired, in or around October 2017, Defendant Rosser approached the owner(s) of Kahoots and threatened that if Mr. Sokol was not rehired by Kahoots, Defendant Rosser would "file a bunch of tickets" and implied he would close Kahoots.

30.     Defendant Rosser demanded the owner(s) of Kahoots to fire its current general manager Joseph Vaillancourt or again he implied he would close Kahoots.

31.     Defendant Rosser demanded Mr. Sokol be rehired by the end of October of 2017.

32.     Defendant Rosser claimed Mr. Sokol was part of a "Liaison Program" to ensure Kahoots was in compliance with community standards. Defendant Rosser stated, "Mr. Sokol has proven to be trustworthy and reliable throughout, and we intend to continue honoring our agreement in regard to not filing violations with the Commission that are obtained via information provided to us by the Club's Liaison."

33.     As a result of the threats and demands made by Defendant Rosser, on or about December 6, 2017, Kahoots rehired Mr. Sokol.

34.     Prior to Kahoots succumbing to the threats and/or extortion of Defendant Rosser, Defendants filed a number of charges against employees of Kahoots, without probable cause, including the named Plaintiffs to retaliate and/or punish Kahoots and their employees.

35.     Upon information and belief, Defendants Rosser and Lancaster had a personal and potentially financial interest in Mr. Sokol working at Kahoots.

36.     At all relevant times hereto, Defendants had knowledge that a criminal charge under R.C. 2907.40(C)(2), could not be brought against Plaintiffs based upon what they were told by the City Attorney.

### a. Facts As it Relates to Carla Hoover

37.     On November 9, 2017, Defendant Rosser executed an affidavit in support of probable cause against Ms. Hoover.

38.     In the affidavit, Defendant Rosser stated that on October 27, 2017, Defendants Rosser and Defendant Lancaster entered Kahoot's Gentlemen's Club as a result of multiple complaints. Defendant Rosser stated "Dixie" who was later identified as Ms. Hoover requested a private dance from Defendant Rosser. Defendant Rosser stated Dixie rubbed her breasts on him and he touched her breasts.  A more detailed summary of what was stated in the Affidavit is attached hereto and incorporated herein as Exhibit A.

39.     On November 9, 2017, Defendant Rosser swore out a criminal complaint against Ms. Hoover charging her with a violation of R.C. 2907.40(C)(2).  A copy of the complaint is incorporated herein as Exhibit B.

40.     Upon being served with the criminal complaint, Ms. Hoover hired counsel and entered a plea of not guilty.

41.     Thereafter, Ms. Hoover was challenging the complaint as she was not working on the day Defendant Rosser claimed she engaged in criminal conduct.

42.     When Defendants became aware Ms. Hoover was challenging the charge, on February 15, 2018, Defendant Lancaster filed a second criminal complaint against Ms. Hoover alleging on October 28, 2017, she violated R.C. 2907.40(C)(2).   A copy of the complaint is incorporated herein as Exhibit C.

43.     Upon being served with the criminal complaint, Ms. Hoover hired counsel and entered a plea of not guilty.

44.     At the time Defendants Lancaster and Rosser knew that they did not have probable cause to charge Ms. Hoover.

45.     Criminally charging Ms. Hoover was for other ulterior motives that violated her Constitutional rights.

46.     In order to charge Ms. Hoover for the violation, Defendants Rosser and Lancaster knowingly and intentionally made false statements in a sworn criminal complaint.

47.     In addition to the fabrication, in filling out the sworn criminal complaint, Defendants Rosser and Lancaster knew that they were not a "patron" as defined by R.C. 2907.40(A)(8).

48.     Rather, Defendant Officers were aware that they had deliberately fabricated and/or omitted the elements of R.C. 2907(C)(2) to charge Ms. Hoover.

49.     On May 21, 2018 and July 23, 2018, the charges filed against Ms. Hoover were dismissed.

**b. Facts As It Relates to Emily Haudenschield**

50.     On March 8, 2018, Defendant Rosser swore out a criminal complaint against Ms. Haudenschield charging her with a violation of R.C. 2907.40(C)(2) that occurred on or about January 20, 2018. A copy of the complaint is incorporated herein as Exhibit D.

51.     Upon being served with the criminal complaint, Ms. Haudenschield hired counsel and entered a plea of not guilty.

52.     At the time Defendant Rosser knew he did not have probable cause to charge Ms. Haudenschield.

53.     Criminally charging Ms. Haudenschield was for other ulterior motives that violated her Constitutional rights.

54.     In filling out the sworn criminal complaint, Defendant Rosser knew he was not a "patron" as defined by R.C. 2907.40(A)(8).

55.     On or about August 24, 2018, the charge filed against Ms. Haudenschield was dismissed.

**c. Facts As It Relates to Brittany Yates**

56.     On November 7, 2017, Defendant Rosser swore out a criminal complaint against Ms. Yates charging her with a violation of R.C. 2907.40(C)(2) that occurred on or about September 22, 2017. A copy of the complaint is incorporated herein as Exhibit E.

57.     Upon being served with the criminal complaint, Ms. Yates hired counsel and entered a plea of not guilty.

58.     At the time Defendant Rosser knew he did not have probable cause to charge Ms. Yates.

59.     Criminally charging Ms. Yates was for other ulterior motives that violated her Constitutional rights.

60.     In filling out the sworn criminal complaint, Defendant Rosser knew he was not a "patron" as defined by R.C. 2907.40(A)(8).

61.     On or about November 27, 2018, the charge filed against Ms. Yates was dismissed.

### d. Facts As It Relates to Danielle Calderon

62.     On December 8, 2017 Defendant Rosser swore out a criminal complaint against Ms. Calderon charging her with a violation of R.C. 2907.40(C)(2) that occurred on or about September 29, 2017.

63.     Upon being served with the criminal complaint, Ms. Calderon hired counsel and entered a plea of not guilty.

64.     At the time Defendant Rosser knew he did not have probable cause to charge Ms. Calderon.

65.     Criminally charging Ms. Calderon was for other ulterior motives that violated her Constitutional rights.

66.     In filling out the sworn criminal complaint, Defendant Rosser knew he was not a "patron" as defined by R.C. 2907.40(A)(8).

67.     On or about November 27, 2018, the charge filed against Ms. Calderon was dismissed.

### e. Facts As It Relates to Ashley Graves

68.     On November 10, 2017, Defendant Lancaster swore out a criminal complaint against Ms. Graves charging her with a violation of R.C. 2907.40(C)(2) that occurred on or about September 15, 2017.  A copy of the complaint is incorporated herein as Exhibit F.

69.     Upon being served with the criminal complaint, Ms. Graves hired counsel and entered a plea of not guilty.

70.     At the time Defendant Lancaster knew he did not have probable cause to charge Ms. Yates.

71.     Criminally charging Ms. Graves was for other ulterior motives that violated her Constitutional rights.

72.     In filling out the sworn criminal complaint, Defendant Lancaster knew he was not a "patron" as defined by R.C. 2907.40(A)(8).

73.     On or about August 16, 2018, the charge filed against Ms. Graves was dismissed.

**f.   Facts As It Relates to Chelsea Ewart**

74.     On November 13, 2017, Defendant Lancaster swore out a criminal complaint against Ms. Ewart charging her with a violation of R.C. 2907.40(C)(2) that occurred on or about September 15, 2017.  A copy of the complaint is incorporated herein as Exhibit G.

75.     Upon being served with the criminal complaint, Ms. Ewart hired counsel and entered a plea of not guilty.

76.     At the time Defendant Lancaster knew he did not have probable cause to charge Ms. Ewart.

77.     Criminally charging Ms. Ewart was for other ulterior motives that violated her Constitutional rights.

78.     In filling out the sworn criminal complaint, Defendant Lancaster knew he was not a "patron" as defined by R.C. 2907.40(A)(8).

79.     On or about August 16, 2018, the charge filed against Ms. Ewart was dismissed..

80. Defendants' acts or omissions were done with malicious purpose, in bad faith, or in a wanton or reckless manner.

81. As a proximate result of Defendants' acts, Plaintiffs have suffered and continue to suffer damages, including loss of liberty, legal and other expenses, mental and emotional anguish, embarrassment, fear, and great inconvenience.

82. Plaintiffs' rights to be free from unlawful search and seizure and from arrest and prosecution without probable cause and/or based on false statements were, at the time of their actions or omissions, clearly established rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution.

83. At all relevant times, the Defendant Officers were acting within the course and scope of their employment with the City of Columbus Division of Police entitling Defendant Officers to be indemnified by City of Columbus Division of Police.

## V. Claims for Relief

### A. First Cause of Action: Malicious Prosecution in Violation of the Fourth and Fourteenth Amendments and Ohio Common Law.

84. Paragraphs 1 through 83 above are realleged and incorporated herein.

85. By making, influencing, and/or participating in the decision to prosecute Plaintiffs' without probable cause, which prosecution was resolved in their favor by dismissal at the unilateral request of the prosecutor due to the lack of probable cause, and does so with knowingly or recklessly made false statements in their paperwork, Defendant Officers maliciously prosecuted Plaintiffs, resulting in their deprivation of liberty.

### B. Second Cause of Action: Civil Conspiracy to Violate the Fourth and Fourteenth Amendment

86. Paragraphs 1 through 85 above are realleged and incorporated herein.

87. Defendant Officers along with unnamed co-conspirators, conspired against Plaintiffs' in order to conceal their retaliation against Plaintiffs and Kahoots, by depriving them of their Fourth and Fourteenth Amendment rights and taking steps to further the conspiracy, such as arresting them without probable cause, unlawfully searching and seizing their persons and property, making knowingly or recklessly false statement in their paperwork, making, influencing, and/or participating in the decision to prosecute them without probable cause, thereby causing Plaintiffs damages.

**C. Third Cause of Action: Abuse of Process in Violation of Ohio Common Law**

88. Paragraphs 1 through 87 above are realleged and incorporated herein.

89. In the alternative, by commencing criminal prosecution in proper form and with probable cause and perverting that prosecution to retaliate against Plaintiffs and Kahoots thereby cause Plaintiffs' injury in their efforts to conceal that retaliation, Defendant Officers committed abuse of Process.

**D. Fourth Cause of Action: Violation Of Civil Rights Pursuant To 42 U.S.C. 1983**

90. Paragraphs 1 through 89 above are realleged and incorporated herein.

91. Defendant Officers were acting under the color of law, when they wrongfully and without probable cause, charged Plaintiffs as more fully set forth above.

92. Defendant Officers' acts violated Plaintiff's constitutional rights.

93. Defendant Officers' deprivation of Plaintiffs' rights caused Plaintiffs' damages.

**E. Fifth Cause of Action: Violation Of Civil Rights Pursuant To 42 U.S.C. 1983**

94. Paragraphs 1 through 94 above are realleged and incorporated herein.

95.     Defendant Officers were acting under the color of law, when they wrongfully and without legal justification retaliated against Plaintiffs by charging each one of them with criminal offenses.

96.     The retaliation was based upon a number of reasons including but not limited to Kahoots termination of Mr. Sokol and its initial refusal to rehire him and fire the general manager.

97.     Defendant Officers' acts violated Plaintiff's constitutional rights.

98.     Defendant Officers' deprivation of Plaintiffs' rights caused Plaintiffs' damages.

VI.    **Prayer for Relief**

WHEREFORE, Plaintiffs pray that this Court:

A.  For compensatory damages, in an amount to be determined at trial, against all defendants, punitive damages; prejudgment and post-judgment interest; costs; attorneys' fees, and such other relief as the Court may deem appropriate.

Respectfully submitted,

*/s/ David A. Goldstein*
**DAVID A. GOLDSTEIN (0064461)**
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street, Suite 200
Columbus, Ohio 43215
(614) 222-1889; (614) 222-1899 (Fax)
dgoldstein@dgoldsteinlaw.com
**Attorney for Plaintiffs**

/s/ Rex H. Elliott
**REX H. ELLIOTT (0054054)**
rexe@cooperelliott.com
**BARTON R. KEYES (0083979)**
bartk@cooperelliott.com
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio 43221
(614) 481-6000
(614) 481-6001 (Facsimile)

Co-Counsel for Plaintiffs

/s/ Gina M. Piacentino
**GINA M. PIACENTINO (0086225)**
88 East Broad Street, Suite 1560
Columbus, OH 43215
Phone: (614) 221-0800
Fax:     (614) 221-0803
Email: gpiacentino@wp-lawgroup.com
Co-Counsel for Plaintiffs

## JURY DEMAND

Plaintiffs request a trial on all issues triable to a jury.

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**

IN THE ___Franklin___ COUNTY _____ ___Municipal Court___

**FILED**

City of Columbus/State of Ohio v. _____Carla L. Hoover_____
*Person Named in Complaint*

Incident Report Number: _____173015308_____

ORC-CCC Section/Offense(s): ___Illegal Sexula Oriented Activity 2907.40 C-2___

FRANKLIN COUNTY
MUNICIPAL COURT
LOR   YACK

Criminal Case Number: _____

**EXHIBIT**
A

### AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

I, _____Det. S. Rosser_____, do hereby swear or affirm that I have the following cause to believe the individual named committed the alleged offense(s) for the reason(s) stated in this Affidavit in Support of Probable Cause:

___x___ I have personal knowledge of the facts listed in the statement of facts as I was involved in the underlying investigation and/or arrest.

_____ I have knowledge of the facts listed in statement of facts based on my review of available Columbus Division of Police Reports, which were completed by Columbus Division of Police Officers acting in their official capacity and as a part of their official duties.

**Summary Statement of Facts in Support of Probable Cause:**

On 10/27/17 at 12:00pm Det. Rosser #77 and Det. Lancaster #1345 entered Kahoot's Gentlemen's Club as a result of multiple complaints received by the Columbus Division of Police claiming the management is allowing prostitution and other criminal acts to occur in the club between patrons and employees.

Around 12:30pm while sitting at a table with a dancer who uses the stage name Dixie, later identified as Carla Hoover via club documents and OHLEG, Det. Rosser was asked by Dixie if he would buy a private dance with her. He agreed and followed her back to the private dance area where she escorted him to a booth that faced west and had him take a seat. Once at the booth she removed her top exposing her breasts with only the nipple covered with a pastie. As the song began Dixie mounted Det. Rosser placing her knees down on each side of his lips. She began rubbing her breasts back and forth across [illegible] Det. Rosser's face making full contact from one side of his face to the other with her breasts. She then leaned back and began grinding back and forth onto Det. Rosser's covered penis with her vaginal area. She then stood up and turned around and then set back down onto Det. Rosser also grinding her buttock onto his penis. She laid back and whispered into his ear "You can feel them" referring to her breasts. Det. Rosser briefly reached up and felt her breasts as not to alarm her that he was a police officer. [illegible] and with the dollar was sitting on. Once the song ended they both stood up and Det. Rosser handed her $[illegible]. [illegible] while Dixie redressed herself. He returned to the table where Det. Lancaster was still seated.

Signature of Affiant

Sworn to and [illegible]

EXHIBIT

B

# Franklin County Municipal Court

Lori M. Tyack, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin
City of Columbus

} V:  CARLA L. HOOVER

DEFENDANT

OTHER JURISDICTION

173015308

FILED
17 NOV 13 PM 3:01
FRANKLIN COUNTY
MUNICIPAL COURT
TIME STAMP

## COMPLAINT

Complaint, being duly sworn, states that the above named defendant, at Franklin County / Columbus,

Ohio, on or about the __27__ day of __OCTOBER__, 20__17__ did:

An employee on the premise of a sexually oriented business who regularly appears and at

the time of offense nude or semi nude, to wit: (describe nudity)

TOPLESS DANCING

, did knowingly touch a patron or another employee or the clothing of another patron or

employee in a specified anatomical area, to wit: (describe contact) RUBBED DET.

ROSSER'S CLOTHED PENIS WITH HER VAGINAL & BUTTOCK AREA

, who is not a member of the employees immediate family

in violation of section __2907.40 C-2__  ☐ City Code  ☐ Misdemeanor ☐ Felony  of the __First__  degree.
                                        ☐ O.R.C.

Complainant __S. Ross__        S. ROSSER        __77__
                SIGNATURE        PRINT FULL NAME        BADGE NUMBER

Columbus Division of Police / Vice Section
ADDRESS OR AGENCY / ASSIGNMENT        CITY        STATE        ZIP CODE

Sworn to and subscribed before me, this

__9__ day of __NOVEMBER__, 20__17__

Lori M. Tyack        NO SEAL REQUIRED
Clerk of the Franklin County Municipal Court

By __Nathan L. Komisti #1315__

CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER        Notary Seal & Expiration Date

Lori M. Tyack
Clerk of the Franklin County Municipal Court

☐ ARREST WARRANT
To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the
Franklin County Municipal Court without unnecessary delay, to answer to the complaint. WHEN
WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE 4, THE WARRANT HAS BEEN
ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL FROM HON. CRIMINAL
RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM A / AFTERNOON
MONDAY THROUGH FRIDAY.

Control # _____

JUDGE        DATE

Complaint Number        FILED on reverse side.

Reverse side on 14A ☐ or 15A ☐ on the date and
serve upon the Defendant a copy of this
Summons.

DA119902  Issuing Officer  S. ROSSER

Case No. __17-231R4__        Summons Service Requested:
                            Certified Mail

Charge: Illegal Sexually Oriented Activity    Reverse side on reverse side.
Section
Number: 2907.40 C-2        PERSONAL You can contest this citation by
                            CALLING COURTROOM 15A ☐ on the
Offense
Location: 4522 KENNY RD.

Name: HOOVER                COURT DATE & TIME

Street: _____            17  3  ☐ AM ☐ PM
                            DATE        TIME

City: GALLOWAY

☐ E  ☐ A.W.

DOB: _____

1/1

**EXHIBIT C**

# County Municipal Court

LORI M. TYACK, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin
City of Columbus } v. CARLA L. HOOVER
DEFENDANT

OTHER JURISDICTION

18 3002340

18 FEB 15 PM 4: 35

FRANKLIN COUNTY
MUNICIPAL COURT
LORI M TYACK
TIME STAMP

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the 28 day of OCTOBER , 20 17 did: _____

An employee on the premise of a sexually oriented business who regularly appears nude or semi nude to wit: (describe nudity) BREASTS UNCOVERED W/ ONLY NIPPLES COVERED, did knowingly touch a patron or another employee or the clothing of a patron or another employee in a specified anatomical area, to wit: (decribe contact) MADE CONTACT W/ DET. LANCASTER'S GROIN USING HER VAGINA AND BUTTOCK , who is not a member of the employees immediate family

in violation of section 2907.40 C-2 , a ☐ City Code ☒ O.R.C. ☒ Misdemeanor ☐ Felony of the First degree.

Complainant _William L. Lancaster_ #1345 W. LANCASTER 1345
SIGNATURE        PRINT FULL NAME        BADGE NUMBER

Columbus Division of Police / Vice Section
ADDRESS OR AGENCY & ASSIGNMENT        CITY        STATE        ZIP CODE

Sworn to and subscribed before me, this
15 day of FEBRUARY , 20 18

Lori M. Tyack
Clerk of the Franklin County Municipal Court

By _____
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER

NO SEAL REQUIRED

_Notary Seal & Expiration Date_

☐ **ARREST WARRANT**
To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 AM., MONDAY THROUGH FRIDAY.

Lori M. Tyack
Clerk of the Franklin County Municipal Court

State # _____ Control # _____

By _____
DEPUTY        DATE

Complaint Number
A107519

Issuing Officer W. LANCASTER        Badge Number 1345

Case No. M0 78/18
☐ SUMMONS
☐ WARRANT
☐ MISDEMEANOR CITATION

Charge: Illegal Sexually Oriented Activity

Section Number 2907.40 C-2        ☐ City Code ☒ O.R.C.        Offense Date 10/28/17        Offense Time 130 ☒ AM ☐ PM

Offense Location 4522 KENNY RD. 43220        Suspect Cruiser Dist. _____

Name HOOVER CARLA L.
LAST        FIRST        MIDDLE

Street 5641 WESTLAKE DR.

City GALLOWAY        State OH        Zip 43119

SEX F        RACE W        HGT 5'3"        WGT 120        HAIR BRO        EYES HAZ

DOB _____        S.S. # _____        DL / I.D. # _____

☒ **SUMMONS:**        Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☒ or 15A ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on _____        Signature _____

Type of SUMMONS Service Requested:
☐ Personal        ☒ Certified Mail

☐ **CITATION:**        Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You must contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15A ☐ on the date and time indicated.

| COURT DATE & TIME | | | |
|---|---|---|---|
| 3 | 16 | 2018 | 9:00 ☒ AM ☐ PM |
| MONTH | DAY | YEAR | TIME |

X _____
This is not an admission of guilt. AN ARREST WARRANT will be issued if you do not properly respond to this charge.

3/15        ORIGINAL / COURT COPY

**EXHIBIT D**

# ...ounty Municipal Court

...urt 375 S. HIGH ST., COLUMBUS, OHIO 43215

County of Franklin
City of Columbus }

OTHER JURISDICTION

V: EMILY HAUDENSCHIELD
DEFENDANT

183003545

FILED
2018 MAR -9 AM 11: 39

FRANKLIN COUNTY
MUNICIPAL COURT
LORI M. TYACK
TIME STAMP

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the **20** day of **JANUARY**, 20 **18** did:

An employee on the premise of a sexually oriented business who regularly appears nude or seminude to wit: (describe nudity) **DANCE TOPLESS**, did

knowingly touch a patron or another employee or the clothing of a patron or another employee in a specified anatomical area, to wit: (decribe contact)

**GRINDED HER VAGINA & BUTTOCK ONTO DET. ROSSER'S PENIS**

, who is not a member of the employees immediate family

in violation of section **2907.40/C-2**, a ☐ City Code ☒ O.R.C. ☒ Misdemeanor ☐ Felony of the **First** degree.

Complainant ___Rosser___ SIGNATURE   **S. ROSSER** PRINT FULL NAME   **77** BADGE NUMBER

**Columbus Division of Police / Vice Section**
ADDRESS OR AGENCY OR ASSIGNMENT    CITY    STATE    ZIP CODE

Sworn to and subscribed before me, this
**8** day of **MARCH**, 20 **18**

**Lori M. Tyack**
Clerk of the Franklin County Municipal Court
By _____ 506
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER

NO SEAL REQUIRED

*Notary Seal & Expiration Date*

### ☐ ARREST WARRANT

To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 4B SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 AM., MONDAY THROUGH FRIDAY.

**Lori M. Tyack**
Clerk of the Franklin County Municipal Court

Slate # _____ Control # _____

By _____
DEPUTY    DATE

Complaint Number
**C136789** Issuing Officer **S. ROSSER** Badge Number **77**

Case No. **18 4898**
☒ SUMMONS ☐ WARRANT
☐ MISDEMEANOR CITATION

Charge: **Illegal Sexually Oriented Activity**
Section Number **2907.40 C-2** ☐ City Code ☒ O.R.C. Offense Date **3-1/20/18** Offense Time **1050** ☐ AM ☒ PM

Offense Location **4522 KENNY RD. 43220** Suspect Cruiser Dist. _____
Name **HAUDENSCHIELD EMILY**
LAST    FIRST    MIDDLE
Street **4604 AVA PT.**
City **HILLIARD** State **OH** Zip **43026**
SEX **F** RACE **W** HGT **5'7"** WGT **165** HAIR **BRO** EYES **HZL**
DOB ▓▓▓▓ S.S. # ▓▓▓▓ DL / I.D. # ▓▓▓▓

☒ SUMMONS: Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☒ or 15A ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on _____ Signature _____
Type of SUMMONS Service Requested:
☐ Personal ☒ Certified Mail

☐ CITATION: Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15A ☐ on the date and time indicated.

| COURT DATE & TIME | | | |
|---|---|---|---|
| **4** | **11** | **18** | **9: -** ☒ AM ☐ PM |
| MONTH | DAY | YEAR | TIME |

X _____
This is not an admission of guilt. AN ARREST WARRANT will be issued if you do not properly respond to this charge.

3/15    ORIGINAL/COURT COPY

**EXHIBIT E**

**FILED**

17 NOV -9 PM 1:42

FRANKLIN COUNTY
MUNICIPAL COURT
TIME STAMP

**...nty Municipal Court**
...rt 375 S. HIGH ST., COLUMBUS, OHIO 43215

County of Franklin
City of Columbus

OTHER JURISDICTION

v: **BRITTANY L. YATES**
DEFENDANT
**173015201**

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the **22** day of **SEPTEMBER**, 20 **17** did:

An employee on the premise of a sexually oriented business who regularly appears and at the time of offense nude or semi nude, to wit: (describe nudity) **TOPLESS DANCER W/ G-STRING BOTTOMS**, did knowingly touch a patron or another employee or the clothing of another patron or employee in a specified anatomical area, to wit: (describe contact) **MASSAGED DET.** **ROSSER'S PENIS & SCROTUM WITH HER RIGHT HAND**, who is not a member of the employees immediate family

in violation of section **2907.40 C-2**  ☐ City Code  ☑ Misdemeanor  of the **First** degree.
☑ O.R.C.  ☐ Felony  , a

Complainant _____  **S. ROSSER**  **77**
SIGNATURE  PRINT FULL NAME  BADGE NUMBER

Columbus Division of Police / Vice Section
ADDRESS OR AGENCY & ASSIGNMENT  CITY  STATE  ZIP CODE

Sworn to and subscribed before me, this
**7** day of **November**, 20 **17**

**Lori M. Tyack**
Clerk of the Franklin County Municipal Court

By _____ #1345

CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER

NO SEAL REQUIRED

Notary Seal & Expiration Date

☐ **ARREST WARRANT**
To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 AM., MONDAY THROUGH FRIDAY.

**Lori M. Tyack**
Clerk of the Franklin County Municipal Court

Slate # _____  Control # _____

By _____
DEPUTY  DATE

Complaint Number

**DA 119909**  Issuing Officer **S. ROSSER**  Badge Number **77**

☑ SUMMONS
☐ WARRANT
☐ MISDEMEANOR CITATION

Case No. **17-23515**

Charge: Illegal Sexually Oriented Activity
Section Number **2907.40 C-2**  ☐ City Code ☑ O.R.C.  Offense Date **9-22-17**  Offense Time **230**  ☐ AM ☑ PM

Offense Location **4522 KENNY RD. 43220**  Suspect Cruiser Dist. _____

Name **YATES**  **BRITTANY**  **L.**
LAST  FIRST  MIDDLE

Street **288 AMSTERDAM AVE.**

City **COLS.**  State **OH**  Zip **43207**

SEX **F**  RACE **W**  HGT **5'8"**  WGT **130**  HAIR **BRO**  EYES **GRN**

DOB _____  S.S. # _____  DL / I.D. # _____

☑ **SUMMONS:**  Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☑ or 15A ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on _____  Signature _____

Type of SUMMONS Service Requested:
☐ Personal  ☑ Certified Mail

☐ **CITATION:**  Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15A ☐ on the date and time indicated.

**COURT DATE & TIME**

| MONTH | DAY | YEAR | TIME | |
|-------|-----|------|------|---|
| 12 | 7 | 17 | 9:— | ☐ AM ☑ PM |

X _____
This is not an admission of guilt. AN ARREST WARRANT will be issued if you do not properly respond to this charge.

3/15

ORIGINAL/COURT COPY

IMG_1136.jpg

**EXHIBIT**
F

# County Municipal Court

Lori M. Tyack, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin
City of Columbus
OTHER JURISDICTION

} V: ASHLEY N. GRAVES

DEFENDANT

17 NOV 13 PH 2:58

FRANKLIN COUNTY
MUNICIPAL COURT
LORI M TYACK
TIME STAMP

173015379

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the __15__ day of __SEPTEMBER__, 20 __17__ did:

An employee on the premise of a sexually oriented business who regularly appears and at the time of offense nude or semi nude to wit: (describe nudity)

TOPLESS DANCING

, did knowingly touch a patron or another employee or the clothing of another patron or employee in a specified anatomical area, to wit: (describe contact) STROKED DET. LANCASTER'S CLOTHED PENIS & SCROTUM W/ HER RIGHT LEG & KNEE , who is not a member of the employees immediate family.

in violation of section __2907.40 G-2__  ☐ City Code  ☐ A.O.R.C.  ☒ Misdemeanor  ☐ Felony of the First degree.

Complainant __W. Lancaster #1345__  W. LANCASTER  1345
SIGNATURE                PRINT FULL NAME    BADGE NUMBER

Columbus Division of Police / Vice Section
ADDRESS OR AGENCY & ASSIGNMENT          CITY          STATE          ZIP CODE

Sworn to and subscribed before me, this __10__ day of __NOVEMBER__, 20 __17__

Lori M. Tyack
Clerk of the Franklin County Municipal Court

By _____     NO SEAL REQUIRED
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER       Notary Public Expiration Date

☐ ARREST WARRANT

To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him forthwith.
Franklin County Municipal Court without unnecessary delay to answer this charge.
WHEN APPLICABLE IN ACCORDANCE TO CRIMINAL RULE 4 THE WARRANT SHALL BE
ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL
RULE 46 SHALL APPLY ARRAIGNMENT COURT IS HELD IN COURTROOM 4A, 8:00 AM
MONDAY THROUGH FRIDAY.

LORI M. TYACK

Complaint Number _____

DA 119922  Issuing Officer W. LANCASTER  #1345

Case No. 17-23788

Charge: Illegal Sexually Oriented Activity
Section Number: 2907.40 C-2
Offense Location: 4584 Kenny Rd 43220
Name: GRAVES  ASHLEY
Street: 3600 SLAUGHTER
City: COLS OH 43200

**EXHIBIT**
G

# County Municipal Court

Lori M. Tyack, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

FILED
17 NOV 28 PM 7: 12

FRANKLIN COUNTY
MUNICIPAL COURT
LORI M. TYACK

State of Ohio
County of Franklin
City of Columbus
} v: CHELSEA P. EWART
DEFENDANT
173 015455

OTHER JURISDICTION

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus,

Ohio, on or about the **15** day of **SEPTEMBER**, 20 **17** did:

An employee on the premise of a sexually oriented business who regularly appears and at

the time of offense nude or semi nude, to wit: (describe nudity)

**TOPLESS DANCING**

, did knowingly touch a patron or another employee or the clothing of another patron or

employee in a specified anatomical area, to wit: (describe contact) **GRABBED DET.**

**LANCASTER'S PENIS DURING A PRIVATE DANCE**

, who is not a member of the employees immediate family.

in violation of section 2907.40 C-2 , a ☐ City Code ☑ O.R.C. , a ☑ Misdemeanor ☐ Felony of the **First** degree.

Complainant _Walter R. Lane #1345 W LANCASTER_   **1345**
                    SIGNATURE         PRINT FULL NAME                                    BADGE NUMBER

Columbus Division of Police / Vice Section
ADDRESS OR AGENCY & ASSIGNMENT                          CITY            STATE          ZIP CODE

Sworn to and subscribed before me, this

**13** day of **NOVEMBER**, 20 **17**

Lori M. Tyack                                               NO SEAL REQUIRED
Clerk of the Franklin County Municipal Court

By _____                          Notary Seal & Expiration Date
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER

Lori M. Tyack
Clerk of the Franklin County Municipal Court

☐ **ARREST WARRANT**

To any law enforcement officer of the State of Ohio:                                          Control # _____
You are hereby commanded to arrest the above named defendant and bring them before the
Franklin County Municipal Court without unnecessary delay. YOU ARE HEREBY COMMANDED
WHEN APPLICABLE IN ACCORDANCE TO CRIMINAL RULE 4. THE WARRANT HAS BEEN
ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE FAILURE TO BRING CRIMINAL
RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM C AT 9:00 AM.        _____
MONDAY THROUGH FRIDAY.                                                              DATE

_____

DA 119920  Issuing Officer W. LANCASTER

Case No. 17C-24769

Charge: _____

Section Number: 2907.40 C-2