**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Carla Hoover, et al.,** | : | |
| | : | |
|     **Plaintiffs,** | : | Case No. 2:19-cv-01453 |
| | : | |
| v. | : | Judge Smith |
| | : | |
| **Steven G. Rosser, et al.,** | : | Magistrate Judge Jolson |
| | : | |
|     **Defendants.** | : | |

## NOTICE OF APPEARANCE

Barton R. Keyes, Esq., of the Columbus law firm Cooper & Elliott, hereby submits his notice of appearance as additional counsel of record for all plaintiffs.

                      Respectfully submitted,

                      /s/ Barton R. Keyes
                      Barton R. Keyes       (0083979)
                      bartk@cooperelliott.com
                      Cooper & Elliott, LLC
                      2175 Riverside Drive
                      Columbus, Ohio  43221
                      (614) 481-6000
                      (614) 481-6001 (Facsimile)

                      Attorney for Plaintiffs

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance was filed electronically and served on the defendants at the addresses listed in the complaint, this 23rd day of April, 2019.

/s/ Barton R. Keyes