IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CARLA HOOVER, et al.,** | : | |
| Plaintiffs, | : | CASE NO. 2:19-cv-01453 |
| -vs- | : | |
| | | **GEORGE C. SMITH** |
| **STEVEN G. ROSSER, et al.,** | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

All parties are hereby notified that Larry H. James, Esq., Christopher R. Green, Esq., and Natalie P. Bryans, Esq., Crabbe Brown & James, LLP, 500 South Front Street, Suite 1200, Columbus, Ohio 43215, are counsel for Defendants Steven G. Rosser and Whitney R. Lancaster in the above-captioned matter.

Copies of all notices, pleadings, motions and other writings related to this matter should be forwarded to the undersigned counsel electronically or at the address below.

Respectfully submitted,

*/ s / Larry H. James*
LARRY H. JAMES (0021773)
CHRISTOPHER R. GREEN (0096845)
NATALIE P. BRYANS (0097697)
CRABBE BROWN & JAMES, LLP
500 South Front Street, Suite 1200
Columbus, Ohio 43215
(614) 229-4567; FAX: (614) 229-4559
ljames@cbjlawyers.com
cgreen@cbjlawyers.com
nbryans@cbjlawyers.com
*Attorneys for Defendants Steven G. Rosser
And Whitney R. Lancaster*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2019, I filed the foregoing Notice of Appearance with the Clerk of Courts for the United States District Court For The Southern District of Ohio, Eastern Division, and a copy of the foregoing was duly served via the Court's electronic efile, upon the following:

>David A. Goldstein, Attorney For Plaintiffs
>David A. Goldstein Co., L.P.A
>511 South High Street, Suite 200
>Columbus, Ohio 43215
>Phone: (614) 222-1889
>Email: dgoldstein@dgoldsteinlaw.com

>Rex H. Elliott, Co-Counsel for Plaintiffs
>Cooper & Elliott, LLC
>2175 Riverside Drive
>Columbus, Ohio 43221
>Phone: (614) 481-6000
>Email: rexe@cooperelliott.com

>Gina M. Piacentino, Co-Counsel for Plaintiffs
>88 East Broad Street, Suite 1560
>Columbus, Ohio 43215
>Phone: (614) 221-0800
>Email: gpiacentino@wp-lawgroup.com

>/s/ Larry H. James
>LARRY H. JAMES (0021773)