**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CARLA HOOVER, et al.,**

   **Plaintiffs,**

  **v.**        **Civil Action 2:19-cv-1453**
            **Judge George C. Smith**
            **Magistrate Judge Jolson**
**STEVEN G. ROSSER, et al.,**

   **Defendants.**

### MEMORANDUM OF FIRST PRETRIAL CONFERENCE

This matter came before the Court on July 10, 2019 at 1:45 p.m. at the First Pretrial Conference pursuant to notice and in accordance with Rule 16 of the Federal Rules of Civil Procedure.  Counsel appeared as follows:

For Plaintiffs:

David A. Goldstein

For Defendants:

Larry H. James, Christopher R. Green, and Natalie P. Bryans

  The following matters were considered:

INITIAL DISCLOSURES

The parties will not make initial disclosures.

VENUE AND JURISDICTION

There are no contested issues related to venue or jurisdiction at this time.

PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed September 15, 2019.

ISSUES

The claims in this case arise from various criminal complaints filed by Defendants against Plaintiffs for alleged violations of O.R.C. 2907.40(C)(2).  Plaintiffs' Complaint sets forth five causes of action:  (1) malicious prosecution in violation of the Fourth and Fourteenth Amendments and Ohio common law; (2) civil conspiracy to violate the Fourth and Fourteenth Amendments; (3) abuse of process in violation of Ohio common law; (4) violation of civil rights pursuant to 42 U.S.C. § 1983.  Both parties have issued a jury demand.

DISCOVERY PROCEDURES

All discovery shall be completed by March 16, 2020.  For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by April 6, 2020.

SETTLEMENT

Plaintiff shall make a settlement demand by July 31, 2019.  Defendants shall respond by August 30, 2019.  The parties agree to make a good faith effort to settle this case.  The parties understand that this case will be referred to an attorney mediator for a settlement conference in March 2020. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference.   The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

To date, the City of Columbus has not been joined as a defendant.  Plaintiffs are DIRECTED to notify the Undersigned by July 24, 2019, regarding this issue.  An email shall be sent to chambers (jolson_chambers@ohsd.uscourts.gov), copying opposing counsel.

If the foregoing does not accurately record the matters considered and the agreements

reached at the conference, counsel shall immediately object in writing.  If any date set in this order

falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

IT IS SO ORDERED.


Date:  July 10, 2019                                    /s/ Kimberly A. Jolson
                                                       KIMBERLY A. JOLSON
                                                       UNITED STATES MAGISTRATE JUDGE