# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CARLA HOOVER, et al.,**

    **Plaintiffs,**

  v.                                **Civil Action 2:19-cv-1453**
                                       **Judge George C. Smith**
                                       **Magistrate Judge Jolson**

**STEVEN G. ROSSER, et al.,**

    **Defendants.**

## ORDER

As of the date of the first pretrial conference, the City of Columbus had not yet been joined as a defendant. (Doc. 11 at 2). The Court directed the parties to notify the Undersigned by July 24, 2019, regarding this issue. (*Id*.). Plaintiff, without notifying the Court first, filed an amended on September 9, 2019. (Doc. 12). Under the Federal Rules of Civil Procedure, Plaintiff should have moved for leave to amend the complaint. The Court, however, understands that Defendants do not oppose the amended complaint and as a result, the Court will accept the document, (Doc. 12), as the amended complaint in this matter.

    IT IS SO ORDERED.

Date: September 10, 2019                              /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE