**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CARLA HOOVER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN G. ROSSER, *et al.*, <br><br> Defendants. | Case No. 2:19-cv-1453 <br><br> Judge George C. Smith <br><br> Magistrate Judge Kimberly A. Jolson <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Westley M. Phillips, Assistant City Attorney, Ohio Registration No. 0077728, hereby enters his appearance as counsel for Defendant City of Columbus in this matter.

Respectfully submitted,
/s/ Westley M. Phillips
Westley M. Phillips (0077728)
*Assistant City Attorney*
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-6959 / (614) 645-6949 (fax)
wmphillips@columbus.gov
*Attorney for Defendant City of Columbus*

## CERTIFICATE OF SERVICE

I hereby certify that, on **September 17, 2019**, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to the following individuals:

David A. Goldstein, Esq.
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street, Suite 200
Columbus, Ohio 43215
Phone: (614) 222-1889
Email: dgoldstein@dgoldsteinlaw.com
*Attorney for Plaintiffs*

Rex H. Elliott, Esq.
Barton R. Keyes, Esq.
COOPER & ELLIOTT, LLC
2175 Riverside Drive
Columbus, Ohio 43221
Phone: (614) 481-6000
Email: rexe@cooperelliott.com
Email: bartk@cooperelliott.com
*Co-Counsel for Plaintiffs*

Gina M. Piacentino, Esq.
THE WELDELE & PIACENTINO LAW GROUP
88 East Broad Street, Suite 1560
Columbus, Ohio 43215
Phone: (614) 221-0800
Email: gpiacentino@wp-lawgroup.com
*Co-Counsel for Plaintiffs*

Larry H. James, Esq.
Christopher R. Green, Esq.
Natalie P. Bryans, Esq.
CRABBE, BROWN & JAMES, LLP
500 South Front Street, Suite 1200
Columbus, Ohio 43215
(614) 229-4567; FAX: (614) 229-4559
Email: ljames@cbjlawyers.com
Email: cgreen@cbjlawyers.com
Email: nbryans@cbjlawyers.com
*Attorneys for Defendants Steven G. Rosser and Whitney R. Lancaster*

/s/ Westley M. Phillips
Westley M. Phillips (0077728)