IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARLA HOOVER, et al.,

    Plaintiffs,

v.

STEVEN G. ROSSER, et al.,

    Defendants.

Civil Action 2:19-cv-1453
Judge George C. Smith
Magistrate Judge Jolson

## NOTICE OF MEDIATION

Now comes counsel for Plaintiffs and Defendants and hereby notifies this honorable Court that the parties have agreed to mediate the claims in the above captioned action matter. The Mediator will be Frank A. Ray and the details of the Mediation are as follows:

Place:  Cooper & Elliot
         2175 Riverside Drive
         Columbus, Ohio 43221

Date:  November 20, 2019

Time:  10:00am

Respectfully submitted,

/s/ Gina M. Piacentino
**GINA M. PIACENTINO (0086225)**
THE WELDELE & PIACENTINO LAW GROUP
88 E. Broad Street, Suite 1560
Columbus, Ohio 43215
614-221-0800
E-mail:  gpiacentino@wp-lawgroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This will hereby certify that a true and accurate copy of the foregoing pleading was sent on the 11th day of November, 2019 by electronic mail to the following:

David A. Goldstein, Esq.
DAVID A. GOLDSTEIN CO., LPA
511 South High Street
2nd Floor
Columbus, Ohio 43215
Email:  dgoldstein@dgoldsteinlaw.com
*Counsel for Plaintiffs*

Rex H. Elliott, Esq.
Barton R. Keyes, Esq.
COOPER & ELLIOTT, LLC
2175 Riverside Drive
Columbus, Ohio 43221
Email:  rexe@coorerelliott.com
Email:  bartk@cooperelliott.com
*Counsel for Plaintiffs*

Larry H. James, Esq.
Christopher R. Green, Esq.
Natalie P. Bryans, Esq.
CRABBE, BROWN & JAMES, LLP
500 South Front Street
Suite 1200
Columbus, Ohio 43215
Email:  ljames@cbjlawyers.com
Email:  cgreen@cbjlawyers.com
Email:  nbryans@cbjlawyers.com
*Counsel for Defendant Steven G. Rosser and Whitney Lancaster*

Westley M. Phillips, Esq.
Tim Mangan, Esq.
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street
Columbus, Ohio 43215
Email:  wmphillips@columbus.gov
Email:  tjmangan@columbus.gov
*Counsel for Defendant City of Columbus*

/s/ Gina M. Piacentino
**GINA M. PIACENTINO (0086225)**

2