# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CARLA HOOVER, *et al.*, | Case No. 2:19-cv-1453 |
| Plaintiffs, | |
| v. | Judge George C. Smith |
| STEVEN G. ROSSER, *et al.*, | Magistrate Judge Kimberly A. Jolson |
| Defendants. | **NOTICE OF SETTLEMENT** |

Please take notice that the parties in the above-captioned lawsuit reached a settlement that is dependent on approval by Columbus City Council. If and when that settlement is approved, Plaintiffs will file a dismissal of their claims. The City of Columbus is currently in the process of getting the matter on City Council's agenda.

Respectfully submitted,

/s/ David A. Goldstein per email authority
David A. Goldstein, Esq.
DAVID A. GOLDSTEIN CO., L.P.A.
511 South High Street, Suite 200
Columbus, Ohio 43215
Phone: (614) 222-1889
Email: dgoldstein@dgoldsteinlaw.com
*Attorney for Plaintiffs*

Rex H. Elliott, Esq.
Barton R. Keyes, Esq.
COOPER & ELLIOTT, LLC
2175 Riverside Drive
Columbus, Ohio 43221
Phone: (614) 481-6000
Email: rexe@cooperelliott.com
Email: bartk@cooperelliott.com
*Co-Counsel for Plaintiffs*

/s/ Westley M. Phillips
Westley M. Phillips (0077728)
Assistant City Attorney
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-6959 / (614) 645-6949 (fax)
Email: wmphillips@columbus.gov
*Attorney for Defendant City of Columbus*

/s/ Larry H. James per email authority
Larry H. James, Esq.
Christopher R. Green, Esq.
Natalie P. Bryans, Esq.
CRABBE, BROWN & JAMES, LLP
500 South Front Street, Suite 1200
Columbus, Ohio 43215
(614) 229-4567; FAX: (614) 229-4559

- 2 -

| | |
|---|---|
| Gina M. Piacentino, Esq.<br>THE WELDELE & PIACENTINO LAW GROUP<br>88 East Broad Street, Suite 1560<br>Columbus, Ohio 43215<br>Phone: (614) 221-0800<br>Email: gpiacentino@wp-lawgroup.com<br>*Co-Counsel for Plaintiffs* | Email: ljames@cbjlawyers.com<br>Email: cgreen@cbjlawyers.com<br>Email: nbryans@cbjlawyers.com<br>*Attorneys for Defendants Steven G. Rosser and Whitney R. Lancaster* |

## CERTIFICATE OF SERVICE

I hereby certify that, on **January 29, 2020**, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to counsel of record.

/s/ Westley M. Phillips
Westley M. Phillips (0077728)