**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Carla Hoover, et al.,** | : | |
| **Plaintiffs,** | : | Case No. 2:19-cv-01453 |
| v. | : | Judge Smith |
| **Steven G. Rosser, et al.,** | : | Magistrate Judge Jolson |
| **Defendants.** | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs Carla Hoover, Emily Haudenschield, Brittany Yates, Danielle Calderon, Ashley Graves, and Chelsea Paige Ewart and Defendants City of Columbus, Steven G. Rosser, and Whitney Lancaster that the above-entitled action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Barton R. Keyes | /s/ Westley M. Phillips |
| Rex H. Elliott            (0054054) | Westley M. Phillips         (0077728) |
| Barton R. Keyes        (0083979) | Assistant City Attorney |
| Cooper & Elliott, LLC | City of Columbus, Department of Law |
| 2175 Riverside Drive | 77 North Front Street |
| Columbus, Ohio 43221 | Columbus, Ohio 43215 |
| Telephone: (614) 481-6000 | Telephone: (614) 645-6959 |
| Facsimile (614) 481-6001 | Facsimile: (614) 645-6949 |
| rexe@cooperelliott.com | wmphillips@columbus.gov |
| bartk@cooperelliott.com | |
| | *Attorney for Defendant* |
| *Co-Counsel for Plaintiffs* | *City of Columbus* |

2

| | |
|---|---|
| David A. Goldstein     (0064461)<br>David A. Goldstein Co., L.P.A.<br>511 South High Street, Suite 200<br>Columbus, Ohio 43215<br>Telephone: (614) 222-1889<br>Facsimile (614) 222-1899<br>dgoldstein@dgoldsteinlaw.com | /s/ Larry H. James<br>Larry H. James              (0021773)<br>Christopher R. Green     (0096845)<br>Natalie P. Bryans          (0097697)<br>Crabbe, Brown, & James, LLP<br>500 South Front Street, Suite 1200<br>Columbus, Ohio 43215<br>Telephone: (614) 229-4567<br>Facsimile: (614) 229-4559<br>ljames@cbjlawyers.com<br>cgreen@cbjlawyers.com<br>nbryans@cbjlawyers.com |

David A. Goldstein     (0064461)
David A. Goldstein Co., L.P.A.
511 South High Street, Suite 200
Columbus, Ohio 43215
Telephone: (614) 222-1889
Facsimile (614) 222-1899
dgoldstein@dgoldsteinlaw.com

Gina M. Piacentino     (0086225)
The Weldele & Piacentino Law Group
88 East Broad Street, Suite 1560
Columbus, Ohio 43215
Telephone: (614) 221-0800
gpiacentino@wp-lawgroup.com

*Co-Counsel for Plaintiffs*

/s/ Larry H. James
Larry H. James              (0021773)
Christopher R. Green     (0096845)
Natalie P. Bryans          (0097697)
Crabbe, Brown, & James, LLP
500 South Front Street, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 229-4567
Facsimile: (614) 229-4559
ljames@cbjlawyers.com
cgreen@cbjlawyers.com
nbryans@cbjlawyers.com

*Attorneys for Defendants
Steven G. Rosser and Whitney R. Lancaster*